Judge Berman    07 CV 10721

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DAEWOO LOGISTICS CORPORATION,

           Plaintiff,

- against -

KOREA CEMENT CO. LTD. a/k/a
KOREA CEMENT MFG CO.

           Defendant.
-------------------------------------------------------------X

ECF CASE



## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

           NONE.

Dated: November 30, 2007
       Southport, CT

           The Plaintiff,
           DAEWOO LOGISTICS CORPORATION

           By: _____
           Charles E. Murphy (CM 2125)
           Patrick F. Lennon (PL 2162)
           LENNON, MURPHY & LENNON, LLC
           The Gray Bar Building
           420 Lexington Ave., Suite 300
           New York, NY 10170
           (212) 490-6050
           facsimile (212) 490-6070
           nrp@lenmur.com
           pfl@lenmur.com