UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DAEWOO LOGISTICS CORPORATION,

               Plaintiff,                    07 CV 10721 (RMB)

- against -                               ECF CASE

KOREA CEMENT CO. LTD. a/k/a
KOREA CEMENT MFG CO.

               Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/08

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE, there having been no appearance from Defendant, that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Fed. R. Civ. P. 41(a).

The attachment is hereby vacated and the garnishees are directed to release any and all of Defendant's funds restrained pursuant to the Ex Parte Order and Process of Maritime Attachment and Garnishment be released in accordance with the original wire transfer instructions.

Dated: March 11, 2008
         New York, New York

**THE CLERK TO CLOSE THIS CASE.**

The Plaintiff,
DAEWOO LOGISTICS CORPORATION,

By: _____
Charles E. Murphy (CM 2125)
Patrick F. Lennon (PL 2162)
LENNON, MURPHY & LENNON, LLC
The GrayBar Building
420 Lexington Ave., Suite 300
New York, NY 10170
(212) 490-6050 – phone
(212) 490-6070 – fax
cem@lenmur.com
pfl@lenmur.com

SO ORDERED:
_____RMB_____
RICHARD M. BERMAN U.S.D.J.
3/12/08